IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_____Robert Nolan_____, Plaintiff

v.

1. The City of La Junta, Colorado,

2. The 16th Judicial District Attorney office,

3. 16th Judicial Drug task force,

4. The La Junta Police Department, Defendant(s).
"See Attached"

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -7 2021

JEFFREY P. COLWELL
CLERK

# PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Robert Nolan #44805-013, F.C.I., P.O. Box 6000, Florence Co, 81226
(Name, prisoner identification number, and complete mailing address)

Bobby Nolan
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_ Pretrial detainee
\_\_\_ Civilly committed detainee
\_\_\_ Immigration detainee
\_\_\_ Convicted and sentenced state prisoner
✔ Convicted and sentenced federal prisoner
\_\_\_ Other: (*Please explain*) _____


B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Please See Attached "B. Defendant(s) Information"
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? \_\_\_ Yes \_\_\_ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her \_\_\_ individual and/or \_\_\_ official capacity.

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*): Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

**✓** 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Please See Attached "D. Statement of Claims."_

   Supporting facts:

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   *Colorado Dept. of Corrections*

Docket number and court:   *Unknown*

Claims raised:   *Cruel And Unusual Punishment*

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   *Relief Granted/Settled*

Reasons for dismissal, if dismissed:   *N/A*

Result on appeal, if appealed:   *N/A*


## F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)  *N/A*

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)  *N/A*

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff Seeks A Trial By Jury, for Proper Determination of Relief And Any other Damages, Including Injunctive, Declaratory, Punitive, Awards As Necessary, That Plaintiff Is Entitled too. Plaintiff Also Requests that Proper Amounts for Damages And Relief, Remain unspecified, Until Plaintiff Has been Fully Advised of what He Is entitled too.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9-1-21
(Date)

(Form Revised December 2017)

Defendants

1. The City of La Junta, Colorado,
2. The 16th Judicial district Attorney's office,
3. The 16th Judicial district Drug Task Force,
4. The La Junta Police Department,
5. John "JD" Haley of the La Junta Police Department,
6. Jace McCall of the La Junta Police Department,
7. Dave Encinas of the Bent County Sheriff's office,
8. Todd Quick of the LJPD, La Junta Police Department,
9. Unknown Supervisor(s) of John "JD" Haley,
10. Unknown Supervisor(s) of Jace McCall,
11. Unknown Agents of the 16th Judicial District Task Force,
12. Unknown Agents/officers of the La Junta Police Department,

B. Defendant(s) Information

Defendant 1. The City of La Junta, Colorado
Address: 601 Colorado Ave, La Junta, Colorado, 81050
The City of La Junta is a Municipality, and was acting under color of state law, in its official, supervisory, and Municipal Capacities, at time of

B. Defendants Information Cont.

Which Plaintiffs Claims Arise.

Defendant 2. The 16th Judicial District Attorney's office

Address: 323 Santa Fe Avenue, La Junta, Colorado 81050

The 16th Judicial Attorney's office is a State Government Branch, Acting under Color of State law, In its official, Supervisory, And Individual Capacity, At time of which Plaintiff's Claims Arise.

Defendant 3. The 16th Judicial Task Drug Force is a State
Address: 323 Santa Fe, La Junta, Colorado, 81050
Government Agency, Acting Under Color of State law,

In its official, Supervisory, And Individual Capacity, At time of which Plaintiff's Claims Arise.

Defendant 4. The La Junta Police Department

Address: 601 Colorado Avenue, In La Junta, Colorado, 81050

The La Junta Police Department is a State Government Agency operating In the City of La Junta, State of Colorado, Acting Under Color of State law, In Its official, Supervisory, And Individual Capacities, At time of which Plaintiffs Claims Arise.

Defendant 5. John "JD" Haley of The La Junta Police

B. Defendants Information Cont.

Department

Address: 601 Colorado Avenue, La Junta, Colorado 81050

John "JD" Haley, was Acting Under Color of State law, Employed by the La Junta Police Department, And is Being Sued In His official, Supervisory, And Individual Capacity, from Acts of which Plaintiffs Claims Arise from.

Defendant 6. Jace McCall of the La Junta Police Department

Address: 601 Colorado Avenue, La Junta, Colorado, 81050

Jace McCall was Acting Under Color of State law, Employed by the La Junta Police Department, And is Being Sued In His official And Individual Capacity, from Acts of which Plaintiffs Claims Arise from.

Defendant 7. Dave Encinas of the Bent County Sheriffs office

Address: 11100 GG #5 Las Animas, Co 81054

Dave Encinas was Acting Under Color of State law, And is being Sued In his Official And Individual Capacity, from Acts of which Plaintiffs Claims Arise from.

Defendant 8. Todd Quick of The La Junta Police Department

B. Defendants Information Cont.

Address: 601 Colorado Avenue, La Junta, Colorado, 81050

Todd Quick was acting under color of state law, and is being sued in his official, supervisory, and individual capacity, from acts of which Plaintiffs claims arise from.

Defendant 9. Unknown Supervisor(s) of John "JD" Haley

Address: 601 Colorado Avenue, La Junta, Colorado, 81050.

Unknown Supervisor(s) of John "JD" Haley were acting under color of state law and are being sued in their official, and supervisory, and individual capacity, at time of which Plaintiffs claims arise from.

Defendant 10. Unknown Supervisor(s) of Jace McCall.

Address: 601 Colorado Avenue, La Junta, Colorado, 81050

Unknown Supervisor(s) of Jace McCall were acting under color of state law, and are being sued in their official, supervisory, and individual capacities, at time of which Plaintiffs claim arise from.

Defendant 11. Unknown Agents of the 16th Judicial District Task Force.

B. Defendants Information Cont.

Address: 323 Santa Fe Avenue, La Junta, Colorado 81050

Unknown Agents of the 16th Judicial District Task Force, Were Acting Under Color of State Law, And Are being Sued In their official, Supervisory, and Individual Capacities, At time of which Plaintiffs Claims Arise From.

Defendant 12. Unknown Agents/Officers of the La Junta Police Department.

Address: 601 Colorado Avenue, La Junta, Colorado 81050

Unknown Agents/Officers of the La Junta Police Department Were Acting Under Color of State Law, And Are being Sued In their official, Supervisory, And Individual Capacities, At time of which Plaintiffs Claims Arise.

D. Statement of Claims

Claim 1. Malice

Supporting Facts: On or About February 6th, 2018, In the City of La Junta, County of Otero, State of Colorado, John "JD" Haley, David Encinas, Along With other Unknown Agents/Officers of the La Junta Police Department, 16th Judicial District

## D. Statement of Claims Cont.

Attorneys office, And The 16th Judicial task force, Knowingly And Wantonly, through Use of Coercive And deceptive tactics, Induced And Fabricated A False Confession of A Confidential Informant. The Confidential Informant, was Under Duress And Under the Influence of Narcotics, while Said Agents Made threats And Promises to the Confidential Informant, to Induce the Cooperation of the C.I. Said Agents/officers Acted In Concert with the C.I, In fabricating An "Alleged Sale" of Narcotics From Plaintiff, In which Plaintiff was Indicted And Acquitted At trial, of The Charge that derived From this Same "Alleged Sale" of Narcotics to the C.I. Said Agents and officers Participated In the Excessive Involvement to create the Crime, And Also Participated In the Significant Coercion to Induce the Crime. Said Actions by the officers And Agents, Plaintiff Alleges Were Violative of His 4th, 5th, 6th, And 14th Amendment Rights Under the Constitution of the United States of America, In which Plaintiff Alleges, that Said Agents And officers Knew that the Acts Were Violative of Clearly Established Law At time of Plaintiffs Claims.

## D. Statement of Claims Cont.

Claim 2. Illegal Search And Seizure

Supporting Facts: Between Approximately February 6th-8th, 2018, In the City of La Junta, County of Otero, State of Colorado, John "JD" Haley And Jace McCall, Knowingly And Wantonly, Prepared Numerous Affidavits And Warrant Applications, which Contained Falsehoods, Misrepresentations, And Material Ommissions, to Mislead the Issuing Judges who Signed the Warrant orders, to believe that Concrete Information Existed, Creating the Illusion of Probable Cause. The Search Warrant orders that Were Issued, Are General In Nature, Are Overbroad, Lacking Particularity, And Are Facially Invalid, which Are Prohibited by the Fourth Amendment. No Reasonably Well trained officer Could rely on the Search Warrant orders AS Issued. Searches of 515 Lawrence Ave, And 1202 E. 3rd St. In La Junta, Colorado, Along with other Property of Plaintiffs, Were Conducted Between February 7th - 9th, 2018, by, John "JD" Haley, Jace McCall And other Unknown Agents And officers of Agencies Listed As Defendants. Plaintiff Claims

D. Statement of Claims Cont.

Said Searches Were Illegal, where Said Agents Spent Excessive Amounts of time Rummaging And Ransacking, Indiscriminately, In Plaintiff's Property. Damage to Plaintiff's Property, Invasion of His Privacy, And Seizing Property, Illegally, Evidences further of the officers And Agents Reckless And Deliberate disregard for the truth And rights, which Plaintiff Alleges Were Violative of His 1st, 4th, 5th, 6th, And 14th Amendment Rights Under the Constitution of The United States of America. Plaintiff Alleges that Actions, By Said officers And Agents, Knew that these Acts Were Violations of Clearly Established Law And The rights of Plaintiff, At the time Said Acts occurred.

Claim 3. Fabrication And Concealment

Supporting facts: Between the years of 2017 And 2018, And Also During the Course of Entire Said And Mentioned Dates of Investigation, Unknown to Plaintiff, from which Plaintiffs Claims Arise, In the City of La Junta, Colorado, John "JD" Haley And Jace McCall, Knowingly And Wantonly Failed to Conduct, Preserve, And Document Said Investigation,

## D. Statement of Claims Cont.

Intentionally And Deliberately, Engaging in the Witholding, Concealing, destroying, And Fabrication of Evidence, Contrary to Established Municipal Policy And Customs, In the officers Attempts to Conceal Evidence of their Fabrication, And overzealous efforts, Causing A Wrongful Conviction, And Plaintiffs Continued Confinement. Plaintiff Also Claims that Said Mentioned officers Instigated A Criminal Investigation And Criminal Proceedings With Improper Purpose, which was Violative of Plaintiffs 4th, 5th, And 14th Amendment Rights Under the United States Constitution of America. Said officers Knew that Said Actions or Inactions Were A Violation of Clearly Established Law And Plaintiffs Rights At the time In which Plaintiff Claims Arise.

Claim 4. Fraud In the Improper Inducement

Supporting Facts: On February 6th, 2018 In the City of La Junta, Colorado, John "JD" Haley, David Encinas, The 16th Judicial Drug Task Force, And other Unknown Officers/Agents of Said Mentioned Agencies, Wantonly

## D. Statement of Claims Cont.

And Knowingly, Entered And Initiated Into A Contract Cooperation Agreement, Improperly, With A Confidential Informant Agreement, And offered Concessions Not Normally Granted by A Government or Agency Thereof, In Violation of 18 USCS 201, bribery Statute. The Confidential Informant Was offered And Given Leniency And things of Value, In Exchange for Fabricated False testimony And Cooperation, While the Confidential Informant WAS Under Duress, And Under the Influence of Drugs. Plaintiff Alleges further, that the Confidential Informant Did Not Knowingly And Voluntarily Enter Into the Contract Agreement. Threats And Promises Were Also Made by Said officers And Agents, To Coerce And Induce A False Sense of Security to the C.I, So that He Rendered Performance Under the Contract Agreement, While the officers And Agents Fed And Concocted Information to the C.I, Causing the CI's Will to Become Overborne. Ultimately, False Evidence WAS obtained from the C.I As A Result, And the officers And Agents

D. Statement of Claims Cont.

Knew that the Evidence was false. Said Agents And officers; Also, Deliberately and Intentionally, Utilized Recording Equipment, that was out of Service Date, Not Serviceable, or was otherwise obsolete, Contrary to Established Municipal Policy's or Customs, In the officers And Agents Attempts to Conceal their Fabricative Fraudulent Investigation. The Conduct that was Engaged in by Said Agents And officers, was Not ordinarily, Within their Governmental Function. Plaintiff Alleges that these Acts by Said Agents And officers Were Violative of His 4th, 5th, 6th, And 14th Amendment rights Under the Constitution of the United States of America. Said Mentioned Agents And officers Knew that these Acts Were Violations of Clearly established Law And Violative of Plaintiffs Rights, At time of which Plaintiffs Claims Arise.

Claim 5. Failure to Adequately train And Supervise In the City of La Junta, Colorado, Todd Quick, And other Supervisors, that Were Acting At the Behest of the La Junta Police Department, The City of La Junta Included,

## D. Statement of Claims Cont.

Knowingly and wantonly failed to adequately train, supervise, and discipline their employees and subordinates. Said mentioned parties, had an affirmative duty and a supervisory duty, to ensure that their subordinates and employees of the La Junta Police Department and the City of La Junta, followed and adhered to policies, practice, procedures, and customs relating to Plaintiffs claims mention throughout his complaint. The City of La Junta, Todd Quick, and other unknown supervisors of the La Junta Police Department, are responsible for the overall management of operations, up to date training of its employees, relating to the policies, practice, and procedure, and to ensure that their subordinates are disciplined, if their subordinates act contrary to the training, and practice of its municipal policies or customs. Todd Quick had direct participation in the processing of evidence derived from the illegal searches, and he knew his subordinates actions were contrary to established municipal policy and customs

## D. Statement of Claims Cont.

Relating. Other Unknown Supervisors of John JD Haley, And Jace McCall, Had An Affirmative duty to ensure that their officers Adequately Documented Investigations, And that their Investigative Practices Were Sufficiently Within Legal bounds of its Department Policies And Practices Relating.. The City of La Junta And its Supervisors of the La Junta Police Department Were Deliberately And Recklessly Indifferent to the Constitutional Violations by their Subordinates Under the Control and Authority of Said Municipality And its Supervisors At the time of which Plaintiffs Claims Arise. Said Municipality And its Supervisors Knew that Said Acts Were Violative of Clearly Established Law at the time in which Plaintiffs Claims Arise from, Which Violated Plaintiffs' 1st, 4th, 5th, 6th, And 14th Amendment Rights Under the Constitution of the United States of America.